THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEBORAH HART,                                )        CASE NO.:  4:14-cv-03231
                                             )
           Plaintiff,                        )
                                             )        **ORDER OF DISMISSAL**
      vs.                                    )        **WITH PREJUDICE**
                                             )
NOVARTIS CONSUMER HEALTH, INC.,  and         )
GLAXOSMITHKLINE LLC                          )
                                             )
           Defendants.                       )

This matter comes before the Court upon a Joint Motion to Dismiss filed by the parties. This Motion is filed pursuant to a Settlement Agreement dictated into the record on February 29, 2016 and sealed by this Court by Order (Doc. No. 63).

The Court being fully advised in the premises, dismisses the above action with prejudice. Each party shall be responsible for its own costs and attorney's fees.  Pursuant to the Consent filed by the parties and approved by this Court, the Court will maintain jurisdiction over the Settlement Agreement reached by the parties for a period of one (1) year from the date of entry of this Order.  The terms of Settlement Agreement shall remain under seal.

DATED this 29th day of March, 2016.


                            BY THE COURT:


                            _____
                            Hon. Cheryl R. Zwart
                            United States Magistrate Judge